IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ONSITE MEDICAL, PLLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 6:14-cv-00510-RAW |
| | ) |
| TRAVELERS CASUALTY INSURANCE | ) |
| COMPANY OF AMERICA. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiff, Onsite Medical, PLLC., and announces to the Court that a settlement of all claims has been reached. Furthermore, the Plaintiff and Defendant, through their respective counsel of record, stipulate to their agreement that this Court enter and Order of Dismissal with Prejudice as to all claims of all parties in this matter.

/s/Trevor J Furlong
Trevor J. Furlong, OBA #20208
The Edwards Law Firm, LLC
P.O. Box 1066
McAlester, OK 74501
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

__X__

I hereby certify that on the __29th__ day of March, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

1

R. Stratton Taylor, OBA#10142
staylor@soonerlaw.com
Darrell W. Downs, OBA#12272
ddowns@soonerlaw.com
C. Eric Pfanstiel, OBA#16712
epfanstiel@soonerlaw.com
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma  74018
Telephone – (918) 343-4100
Facsimile – (918) 343-4900
Attorneys for Defendant, Travelers Casualty Company of America